NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002672
28-FEB-2014
09:24 AM

NO. CAAP-13-0002672

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JODY ROCHELLE IRWIN, Plaintiff-Appellee, v.
MICHAEL IRWIN, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(FC-D NO. 11-1-0031)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of the motion to dismiss the appeal
(**Motion**) filed on February 19, 2014 by Defendant-Appellant
Michael Irwin, the records and files herein, and noting no
opposition,

IT IS HEREBY ORDERED that the Motion is granted, and
the appeal is dismissed. The parties shall bear their own
appellate costs and fees.

DATED: Honolulu, Hawai'i, February 28, 2014.

Chief Judge

Associate Judge

Associate Judge